```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17977
   GREGORY W MORRIS
   SUSAN L HAVENS MORRIS                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-5672     SSN XXX-XX-1825
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/02/07 .

    2.  The case was dismissed without confirmation, 01/17/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HOMEQ/FIRST UNION NATION | SECURED | .00 | .00 | .00 |
| HOMEQ/FIRST UNION NATION | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| APEX MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC FOR ENDODONTICS | UNSECURED | NOT FILED | .00 | .00 |
| BLACK GOLD SEPTIC INC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCIAL SERVICE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CROWN RECYCLING & WASTE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HOLLOWAY CREDIT SOLUTION | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JVDB ASSOC CONSUMER | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M ODEA | UNSECURED | NOT FILED | .00 | .00 |
| MARK SCHUSTER | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
NORTHERN LEASING SYSTEMS  UNSECURED       NOT FILED              .00          .00
PARK DANSAN               UNSECURED       NOT FILED              .00          .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED              .00          .00
PERFECTA FARM             UNSECURED       NOT FILED              .00          .00
PROFESSIONAL COLLECTION   UNSECURED       NOT FILED              .00          .00
RIVER COLLECTION          UNSECURED       NOT FILED              .00          .00
ROBERT J SCHILLERSTROM    UNSECURED       NOT FILED              .00          .00
THE ANVIL CLUB            UNSECURED       NOT FILED              .00          .00
THE PAY DAY LOAN STORE    UNSECURED       NOT FILED              .00          .00
THOMAS D CHASE            UNSECURED       NOT FILED              .00          .00
UNITED COLLECTION BUREAU  UNSECURED       NOT FILED              .00          .00
OVERLAND BOND & INVESTME  SECURED VEHIC         .00              .00          .00
OVERLAND BOND & INVESTME  SECURED VEHIC NOT FILED                .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER      TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00         .00        .00
PRINCIPAL PAID           .00           .00          .00         .00        .00
INTEREST PAID            .00           .00          .00         .00        .00
TOTAL PAID               .00           .00          .00         .00        .00
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/16/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                              PAGE   3
    CASE NO. 07 B 17977 GREGORY W MORRIS & SUSAN L HAVENS MORRIS
```